Tamara M. Harris
The Law Office of Tamara M. Harris
350 Broadway, Ste 400
New York, New York 10013
(212) 334-1050

April 2, 2012

Chief Magistrate Steven Gold
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201


RE:     BODA V. DETECTIVE PHELAN ET AL, 1:11-CV-00028-KAM-SMG

REQUEST FOR ADJOURNMENT OF TELEPHONE CONFERENCE

Dear Judge Gold,

I represent the plaintiff, Peter Boda, in the above captioned case. A telephonic status conference has been scheduled for April 3, 2012 at 2pm in instant matter. Due to the fact that I have a continued bench trial scheduled for 2pm on April 3, 2012, it will not be possible for me to participate in a conference at the same time. I conferred with my colleagues last week about my scheduling conflict, and all parties consented to adjourn the conference to the morning of April 4, 2011 as an adjourn date. However, due to a change in circumstances, I now must appear in Queens Civil Court with the attorneys from Debevoise Plimpton (who also represent BM in the instant case) on an order to show cause that they filed, in another matter, at 9:30am on April 4th. Therefore, BM's attorneys and I will no longer be available the morning of April 4, 2012.  I have been advised that all parties will be available tomorrow, April 3rd in the morning (except for the hours of 10am to 11am).  Accordingly, I am respectfully requesting that the telephonic conference be re-scheduled to a time on April 3, 2012 earlier than the originally scheduled 2pm conference.  In the event the morning of April 3, 2012 does not work for the Court, I am available any day between April 6th to the 13th for a telephone conference  (except the morning of April 12, 2012 and the afternoon of April 11, 2012).

Thank you in advance for the consideration given this letter.

Sincerely,


/s/Tamara Harris