UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Peter Boda,                                                                  1:11-CV-00028 (KAM) (SMG)

                    Plaintiff,

      -against-                                                    Notice of Appearance and
                                                                                Request for Electronic Notification

Detective John Phelan, New York City, B.M.,

                    Defendants.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that Deborah Colson of Colson & Harris LLP, with offices at 10 E. 40th Street, #3307, New York, N.Y. 10016, appears in the case as counsel for the non-party minor HB.  Please provide notification of all papers filed electronically in this action to: dcolson@colsonharris.com.


Dated:  New York, N.Y.
          April 13, 2012


                                      COLSON & HARRIS LLP

                                  By:        /s/
                                                 _____
                                       Deborah Colson
                                       Colson & Harris LLP
                                       10 E. 40th Street, #3307
                                       New York, N.Y. 10016
                                       (212) 257-6455 (o)
                                       (212) 257-6453 (f)
                                       dcolson@colsonharris.com