UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Peter Boda,                                             1:11-CV-00028 (KAM) (SMG)

                        Plaintiff,

            -against-                                   Notice of Appearance and
                                                        Request for Electronic Notification

Detective John Phelan, New York City, B.M.,

                        Defendants.
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that Justine Harris of Colson & Harris LLP, with offices at 10

E. 40th Street, #3307, New York, N.Y. 10016, appears in the case as counsel for the non-party

minor HB.  Please provide notification of all papers filed electronically in this action to:

jharris@colsonharris.com.


Dated: New York, N.Y.
       April 13, 2012



              COLSON & HARRIS LLP


              By:            /s/
                    _____
                    Justine Harris
                    Colson & Harris LLP
                    10 E. 40th Street, #3307
                    New York, N.Y. 10016
                    (212) 257-6455 (o)
                    (212) 257-6453 (f)
                    jharris@colsonharris.com