## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | April 10, 2012 |
| **TIME:** | 10:00 a.m. |
| **DOCKET NUMBER:** | CV-11-28 (KAM) |
| **NAME OF CASE:** | BODA V. DETECTIVE JOHN PHELAN, ET AL. |
| **FOR PLAINTIFF(S):** | Harris |
| **FOR DEFENDANT(S):** | Modafferi for City; Jacoby & Schaper for B.M. |
| **NEXT CONFERENCE:** | (See rulings below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

Counsel report that all discovery related to liability is completed with the exception of a deposition of the minor child HB.  Counsel report that HB is not represented and that her family lacks the means to afford an attorney.  Accordingly, the court will endeavor to find pro bono counsel for HB before she is deposed.  The scope of the deposition and the procedures for holding it will be addressed once HB has counsel.

By May 2, the City defendants will submit a premotion conference application in anticipation of moving for summary judgment, and will report in that application that the deposition of HB remains outstanding.  By the same date, BM will submit any application in anticipation of moving for summary judgment if its pending Rule 12 motion is denied.  Discovery with respect to damages will be scheduled if the case survives these motions.