## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | August 28, 2012 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER:** | CV-11-28 (KAM) |
| **NAME OF CASE:** | BODA V. DETECTIVE JOHN PHELAN ET AL |
| **FOR PLAINTIFF(S):** | Ross for Movant Tamara Harris; Harris for plaintiff Peter Boda with Boda present |
| **FOR DEFENDANT(S):** | Modafferi for the City defendants; Jacoby for defendant B.M.; Colson for interested party H.B. |
| **NEXT CONFERENCE:** | (See rulings below) |

**RULINGS FROM MOTION HEARING:**

The following rulings were made on the record:

1) Ms. Harris' motion to withdraw is granted.  She relinquishes any right to future fees in the case and will deliver any files to plaintiff forthwith.

2) By August 31, the City will send a stipulation discontinuing the action to counsel for B.M. and to Mr. Boda.  If Mr. Boda chooses to withdraw his claims made in this case, he will execute the stipulation and return it to counsel for the City for filing with the Court by September 7.  If Mr. Boda chooses to proceed *pro se* or seeks an adjournment to acquire new counsel, he shall file a letter so indicating with the Court.  If no letter or notice has been submitted by September 7, the undersigned will recommend dismissal for failure to prosecute.

3) If necessary, a schedule for opposition to H.B.'s pending motion will be set following plaintiff's letter indicating how he intends to proceed with the case.  The City defendants shall serve this Order on plaintiff at the address he provided during the conference and file proof of service with the Court.

**(FTR: 11:05-11:18, 11:24-11:43)**