# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | November 16, 2012 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER:** | CV-11-28 (KAM) |
| **NAME OF CASE:** | BODA V. DETECTIVE JOHN PHELAN ET AL |
| **FOR PLAINTIFF(S):** | No appearance for plaintiff |
| **FOR DEFENDANT(S):** | Modafferi for City & Phelan, Leigh & Shaper for B.M., Colson for non-party H.B. |
| **NEXT CONFERENCE:** | (See rulings below) |

**RULINGS FROM STATUS CONFERENCE:**

For reasons to be explained in an order I will enter separately, plaintiff will have until February 1, 2013 to inform the Court that he chooses to proceed with this case. If he fails to contact the court by that date, I will recommend that the case be dismissed.

**(FTR 11:17-11:25)**