New York 9/5/13

Honorable Kiyo Matsumoto
United States District Judge
Eeastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Hon. Judge Matsumoto:

I'm writing you to let you know that I will be released from the Manlattan Psychiatric Center by the end of this month- October. Unfortunalelly, I wzn't be able to reply on the Motion by Defendants for Summary Judgment on time, however, I was told Hon. Judge, by attorney here at the hospital, tha I wzut be late as long as I can demonstrate my been here ix in the hospital to you. Hon. Judge Matsumoto you know the rulles of your chamber and please answer me soon as possible. I have done good deal of work researeting the topic and I found many case-law cases pertzining to my case to oppose the statues of limitations by defendants and one case in particu-lar by Hon. Judge Frederie Block, "Under New York Lzw, false arrest and imprisonment, malicious prosecu-tioa... are not timo barred, the claim accrued on the date of my release from eustoty, and charges against me was dismissed... etc." (Hyde v. N.Y.P. Dept and Arres. Offic. Czputo, D.A. S.Scott, Queen P.Dept. LEXIS 6253, 2001 (E.D.N.Y. May 11, 2001)

The other czases in my case are covered also
Hon. Judge Matsumoto, by my research, however,
I'm here in hospital unable to anything in the writing
b'cause the medications I'm under, I would ask
Hon. Judge one more time to grant me pro bono
attorney due to my financial hardship. Eagerly wa-
iting for your response.

Yours Trully;
   Peter Boda... Peter Boda.

Mr. Peter Boda, D7B
MANHATTAN PSYCHIATRIC CENTER
WARD'S ISLAND COMPLEX
NEW YORK, NEW YORK 10035

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 00.46⁰
0004286993    OCT 15 2013
MAILED FROM ZIP CODE 10035

Hon. Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

i120131832