

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MATTHEW J. MODAFFERI**
*Assistant Corporation Counsel*
E-mail: mmodaffe@law.nyc.gov
Phone: (212) 356-2331
Fax: (212) 788-9776

November 26, 2013

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Peter Boda v. City of New York, et al.</u>, 11-CV-0028 (KAM)(SMG)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and Detective John Phelan in the above-referenced matter. I write in response to the Court's Order regarding Plaintiff's address.

      In compliance with the Order, I conducted searches on both the New York City and New York State inmate look-up websites, as well as a public records search in an attempt to ascertain Plaintiff's address. According to the websites, Plaintiff is not in the custody of New York City or New York State. The public records search resulted in four separate addresses. I mailed a copy of the Court's Order to each of the four following addresses:

      129 Fulton Street, #40
      New York, NY 10038

      4148 40th Street, Apt. B12
      Sunnyside, NY 11104

      320 W. 37th Street, Room #3A
      New York, NY 10018

      250 W. 100th Street, Apt. 605
      New York, NY 10025

I will apprise the Court of any developments concerning the four mailings.

Respectfully submitted,

/s/

Matthew J. Modafferi
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Debevoise & Plimpton, LLP (By ECF)
*Attorneys for defendant B.M.*
919 Third Avenue
New York, New York 10022